UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

                      Plaintiff,                              **ORDER**

            -against-                                  26-CV-00106 (PMH)

JOMO EBANKS, et al.,

                      Defendants.

PHILIP M. HALPERN, United States District Judge:

Plaintiff PHH Mortgage Corporation initiated this action by filing a complaint on January 7, 2026. (Doc. 1). On February 17, 2026, Plaintiff filed an affidavit of service, indicating service of the summons and complaint was effectuated on Defendant Jomo Ebanks on February 14, 2026. (Doc. 9). The Court granted an application by one of Plaintiff's attorneys to withdraw as counsel on February 26, 2026. (Doc. 11). Since the Court granted this application, there has been no activity on the docket.

By May 29, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why it should not pursue default judgment against Defendant Jomo Ebanks.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
          April 29, 2026

_____
Philip M. Halpern
United States District Judge