UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

Plaintiff,

-against-

JOMO EBANKS, et al.,

Defendants.

**ORDER**

26-CV-00106 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court declines to sign Plaintiff PHH Mortgage Corporation's proposed order to show cause for default judgment and judgment of foreclosure and sale (Doc. 18) at this time. Plaintiff states that the principal amount sued for under the mortgage and note is $196,339.74. (Doc. 21). The most recent loan modification agreement, dated July 2, 2016, sets the principal balance under the mortgage and note at $342,893.67. (*See* Doc. 23-3 at 31). Plaintiff does not explain the reduction in the principal amount from the amount set forth in the most recent loan modification agreement.

Accordingly, Plaintiff is directed to supplement the documents in support of its request for default judgment, on or before June 17, 2026, by filing an affidavit by a person with personal knowledge, explaining the basis and providing calculations for its principal amount sued for of $196,339.74. In addition to filing, Plaintiff is directed to serve Defendant by overnight mail a copy of this Order and the affidavit, and shall file proof of such service no later than June 23, 2026.

**SO ORDERED**

Dated: White Plains, New York
         June 4, 2026

_____
Philip M. Halpern
United States District Judge